Case 7:26-cv-02492-KMK Document 11 Filed 08/20/26 Page 1 of 1

**GARFUNKEL WILD, P.C.**
ATTORNEYS AT LAW
900 STEWART AVENUE • GARDEN CITY, NEW YORK 11530
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com

MARIANNE MONROY
Partner Director
Licensed in NY, NJ, CT
Email: mmonroy@garfunkelwild.com
Direct Dial: (516) 393-2212

FILE NO.:

August 20, 2026

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *Rodney Malloy v. White Plains Hospital Medical Center*
7:26-cv-02492-KMK

Dear Judge Karas:

We represent White Plains Hospital Medical Center d/b/a White Plains Hospital (hereinafter "Defendant") in the referenced action. To allow us sufficient time to investigate and respond to the allegations in Complaint, we write to respectfully request an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint from August 24, 2026 to September 11, 2026.

This request is made with the consent of Plaintiff's counsel and is the first request for an extension of this nature.

We thank the Court for its time and consideration.

Granted.

So Ordered.

8/20/26

Respectfully submitted,

*/s/ Marianne Monroy*

Marianne Monroy

cc: All parties (via ECF)